# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Jessie Rodriguez Barron <br> *Plaintiff* <br> v. <br> United States of America <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:16-cv-09677 GW <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff Jessie Rodriguez Barron's motion under 28 U.S.C. § 2255 is denied, for the reasons stated in the Court's minute orders of May 29, 2019 and August 21, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge George H. Wu on a motion for vacate/set aside/ correct sentence under 28 U.S.C. § 2255.

Date: September 10, 2019

*CLERK OF COURT*

/s/ Javier Gonzalez
*Signature of Clerk or Deputy Clerk*